```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

HAROLD B. MASON,                  )
                                  )
            Plaintiff,            )
                                  )
        v.                        )    No. 4:11-CV-575-FRB
                                  )
INVISION LLC, et al.,             )
                                  )
            Defendants.           )

## MEMORANDUM AND ORDER

This matter is before the Court upon the application of Harold B. Mason for leave to commence this action without payment of the required filing fee.  See 28 U.S.C. § 1915(a).  Upon consideration of the financial information provided with the application, the Court finds that plaintiff is financially unable to pay any portion of the filing fee.  Therefore, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Upon review of the complaint, the Court notes that among his causes of action, plaintiff is bringing a claim pursuant to the Missouri Human Rights Act ("MHRA"), Mo. Rev. St. § 213.010, et seq. Plaintiff, however, has failed to attach a copy of the Missouri Commission on Human Rights notice of right to sue.  Thus, at this time, the Court does not have sufficient information to review his MHRA employment claim under 28 U.S.C. § 1915(e)(2)(B).  Taking into consideration the fact that plaintiff is proceeding pro se and in

forma pauperis, the Court will grant him time to file a copy of the Missouri Commission on Human Rights notice of right to sue, as set forth below.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED.**

**IT IS FURTHER ORDERED** that, within thirty (30) days from the date of this Order, plaintiff shall submit to the Court a copy of the Missouri Commission on Human Right's notice of right to sue.

**IT IS FURTHER ORDERED** that upon receipt of the said notice of right to sue, this action will be submitted to the Court for review of the entire complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). As such, the Clerk shall not issue process or cause process to issue upon the complaint at this time.

**IT IS FURTHER ORDERED** that if plaintiff fails to submit a copy of his notice of right to sue within thirty (30) days from the date of this Order, his claims under the Missouri Human Rights Act will be dismissed, without prejudice.

Dated this 14th day of April, 2011.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**